UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Cranbrook Capital Consulting
Group, LLC, et al.,

                Plaintiff(s),

v.                                      Case No. 4:14−cv−10736−MAG−DRG
                                                Hon. Mark A. Goldsmith

Cognitive Code Corporation,
Inc. , et al.,

                Defendant(s),

## ORDER TO SHOW CAUSE

IT IS HEREBY ORDERED that Plaintiff(s) SHOW CAUSE, in writing, by 12/10/2014, why the above−entitled case should not be dismissed for failure to prosecute, pursuant to E.D. Mich LR 41.2. Failure to respond may result in dismissal of the case.

                                                s/Mark A. Goldsmith
                                                Mark A. Goldsmith
                                                U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                             By: s/J. Curry−Williams
                                                   Case Manager

Dated:   December 3, 2014