# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MICHIGAN

# SOUTHERN DIVISION

United States Government,

Ex. Rel. Joseph Odish, Cranbrook

Capital  Consulting Group, LLC

|  | Honorable Justice Goldsmith |
| --- | --- |
| v. | Case No. 14-10736 |

Nothrop Grumman et al.

_____/

## SWORN DECLARATION PROVIDING NOTICE OF INTENTION TO FILE PENDING MOTIONS RELATED TO THE FOLLOWING:

1) UPON DIRECTION OF HONORABLE JUSTICE GOLDSMITH'S CASE MANAGER, ODISH IS REQUIRED TO FILE A MOTION REQUESTING RETRIEVAL OF EXHIBITS & OTHER DOCUMENTS ODISH FEB 2014 QUI TAM CASE. RETREIVAL OF EXHIBITS IS NECESSARY IN ORDER TO ASSIST IN A PRESENT AND PENDING FEDERAL CRIMINAL INVESTIGATION.

2) FORMAL NOTICE BY ODISH TO FILE A RELATED AND NECESSARY MOTION SEEKING FEDERAL CRIME VICTIM STATUS AND PROTECTION FOR JOSEPH ODISH FEDERAL PURSUANT TO 18 USCS § 3771.

3) FORMAL NOTICE OF ODISH WILLING TO TESTIFY IN CAMERA IN SUPPORT OF MOTIONS GIVEN SENSITIVE NATURE OF CERTAIN EXHIBITS AND MATERIALS.

_____/

**TO THE HONORABLE JUSTICE GOLDSMITH:**

This Formal Notice provided in Support of a Sworn Declaration is humbly and respectfully submitted for very legitimate reasons. Movant and/or Petitioner Odish provides Notice of the following, submitted out of deference to the Court and at Court's direction pursuant Case Manager's instructions.

Given the very serious nature of the pending motions, the new evidence and the fact Odish's knowledge, evidence and exhibits date back to February 16, 2011, with nearly 3000 exhibits, Odish felt it is necessary to provide some background information and facts in this Formal Notice.

Obviously, Odish will not be providing the Honorable Court with 3000 exhibits. That massive compilation is for a special prosecutor and the Attorney General, FBI Director Comey, DOD and relevant Congressional committees.

Out of deference to Justice Goldsmith and any female staff members, it must be stated that certain exhibits provided with this filing are extremely graphic and depict graphic sexual content. Google has been sending Odish explicit gay pornography as a means of criminal retaliation, intimidation.

2

*This filing can in no way completely and accurately describe the outrageous actions and extraordinary nature of this matter, given that it involves the dawn of artificial intelligence nor be the sole filing prior to the Motions.* This filing and the exhibits are made to merely provide introductory facts, background, new evidence and exhibits (especially those related to Cognizant Technology Solutions) substantiating the enormous fraud and the need for Odish to be provided federal victim status given fact he is only person with this knowledge. Additionally, some exhibits are placed on the record to prevent further fraud by principal conspirators.

The Exhibits filed with this document and subsequent filings serve the purpose of preventing fraud and preserving evidence. Furthermore, a number of the exhibits do a very good job of explaining what took place and the facts of matter. But with the specific intent of avoiding confusion only certain material exhibits have been filed with the majority of necessary exhibits to be filed subsequently. Certain material exhibits, especially the Cognizant documents, have to be filed on the record to prevent further fraud, as stated below. Certain exhibits may confuse the Justice Goldsmith but these are exhibits to be discussed hopefully during IN CAMERA testimony.

Petitioner Odish will with submission of the formal motions formally compile and put in order all material exhibits, out of deference to Justice Goldsmith.

1. _Respectful Notice of Intention to File Motion to Retrieve Exhibits and Other Documents from February 2014 Odish Qui Tam in assistance for a Pending Federal Criminal Investigation._ Pursuant to the instructions of your Case Manager and out of deference to this Court, I am providing Formal Notice of my Intention to File a Motion to Retrieve Exhibits filed in the Feb 18, 2014 Qui Tam case that are necessary for a pending federal criminal investigation. Through the SEC whistleblower and DoD/IG, the DOD Odish fraud complaint with a reference number listed below has been turned over to criminal division. Odish respectfully needs the exhibits and other documents that were on the record and then pulled off for assistance in this pending federal criminal investigation.

2. _Respectful Notice of Motion to Retrieve Exhibits for related Pending Motion by Odish seeking Federal Crime Victim status and protection pursuant to 18 USCS § 3771._ Petitioner provides this Court Formal Notice of my Intention to file a proper, lawful and urgent Motion for Federal Crime Victim Status and Rights pursuant to statute 18 USCS § 3771.

    a. Given the enormity of this fraud, Odish has a legitimate fear for his safety for reasons that will be obvious.

    b. If there is any doubt, Odish is a federal crime victim, Google's actions against discussed below should be dispositive.  And they were filed in district court and sixth circuit.

3. <u>**Materials to be Sent to Congress**</u>.  This Sworn Declaration and materials provided in support of pending motions will be sent to all relevant Senate and House Committees as this does rise to a matter of Great National Interest.

4. <u>**The Enormity of this Fraud and Conspiracy is Once in a generation**</u>.  The matters before the Court and the Honorable Justice Goldsmith are beyond extraordinary and present a significant matter of first impression as it deals with what is undeniably the biggest fraud and conspiracy of this generation, regarding the fraudulent birth of artificial intelligence.  Petitioner Odish has the misfortune of being the world's first artificial intelligence crime victim, with the US government also being a crime victim.

5. There is significant new evidence Odish has acquired since dismissal of last civil case that is dispositive and supports Odish's federal crime victim status motion.

6. *Google's Actions against Odish alone create a lawful basis for federal crime victim status.* The new evidence regarding Google's Actions against Odish alone are enough to establish Odish as a federal crime victim.

7. Petitioner Odish will make these Motions very easy for this Honorable Court to decide.  (*See January 11th, 2017 email to DOJ Attorney and Schmidt of Google and Ellen Dew of Northrop Grumman where Odish states under penalty of perjury).*

8. For a period of over three years dating back to October 2013, Odish has been a whistleblower under SEC DoDD-Frank statute, a whistleblower under DOD/IG

statute, an **FBI** informant/cooperant and has been during that same period a federal crime victim.

**9.** In the interests of judicial economy and given the fact both motions center around same core material facts dating back to Odish's rights and knowledge to early February 16, 2011. It is respectfully stated that there will be of course two separate motions filed unless the Honorable Justice orders consolidation. Given the fact that the same nucleus of affidavits, exhibits, and other items apply to both motions, the Honorable Justice may order consolidation.

**10.** Under penalty of perjury, Odish states that his as a whistleblower under **SEC TCR 139 XXXX** filed late October 2013, and **DOD/IG** complaints originally filed in 2014 along with **FBI REPORTS**, the most recent **DOD/IG** supplement submitted by **ODISH DOD/IG** Reference number #20160906-039750. The **DOD** has started a pending criminal investigation and this is why the exhibits are needed.

**11.** It has been public knowledge that Odish was a whistleblower under **SEC** and **DOD/IG** statutes and despite such knowledge, the principal criminal conspirators have criminally ravaged Odish's life for nearly four years.

**12.** SARBANES-OXLEY SECTION 1107: CRIMINAL Penalties for retaliation against whistleblowers. Section 1107 of SOX 18 USCS § 1513(e) provides:

> "Whoever knowingly, with intent to retaliate, takes any action harmful to any person including interference with the lawful employment or livelihood of any

6

person, for providing to a law enforcement agency any truthful information relating to the commission or possible commission of federal crimes or offense, shall be fined under this title, imprisoned not more than 10 years, or both."

<u>13.</u> With all due respect to Justice Levy, in case 15-11955, it had been public knowledge for years I was a whistleblower and they were engaged in criminal retaliation but she ignored the federal statute and let them continue to ravage my life.

<u>14.</u> More importantly, as recently as last week the SEC whistleblower complaint was revised to include Google and Alphabet, FMR, LLC, AND VANGUARD and other individuals.

I. <u>THE MATERIAL EVENTS DURING THE PENDENCY OF CASE OF 15-11955 ESTABLISHING CRIMINAL CULPABILITY OF NORTHROP, GOOGLE, IBM, MORGENTHALERS, NUANCE, COGNITIVE CODE AND OTHERS.</u>

<u>15.</u> Since 2011, from an email Mimi Chen had written Odish on November 9, 2011, Odish would learn later on that Google had liability because it had accepted and received a fraudulent artificial intelligence patent from Cognitive Code, such as IBM, Oracle, Morgenthalers and others. (Odish will not start reciting patent numbers). In

an August 2015 filing in a footnote, Odish referenced that Sony and Google had liability. Two months later in October 2015, this Court may take judicial notice in October 2015, Google made itself a subsidiary and established an utterly fraudulent parent company called ALPHABET, which was created for one sole and fraudulent purpose: to insulate Google from its criminal conspiracy in this matter.

    a.  This renders ALPHABET an utterly fraudulent and massive securities violation.

    b.  Additionally during the pendency of this action, Odish filed an **FBI** report he had filed with **FBI** on January 19, 2015. He filed the report on Sept 9, 2015 in the civil case in order to see how they would react. (*See Exhibit 2005*).

    c.  Wesley Bush and Northrop and rest of conspirators acted exactly in the manner that guilty and culpable parties act: they essentially prepared to be indicted. (*See Exhibits 2000, 2006 to 2017, especially 2010 where they all went SEC offline*).

    d.  Most importantly during this pendency of this case, Odish learned of a Cognizant Technology Solutions that is so serious as it is evidence of a massive criminal racketeering enterprise by a significant number of US contractors. (*See Cognizant Exhibits, which evidence criminal enterprise and racketeering*).

**16.** Odish has a legitimate fear for his personal safety given the enormous knowledge he has regarding this massive fraud.

**17.  Pending Federal Criminal Investigations.** Odish states under penalty of perjury that the recent DOD/IG Supplement has been referred to Criminal Division and there is a pending federal criminal investigation. It is my intention to submit significant exhibits, affidavits (both from myself and other individuals) in support of these Motions.

**18.**  Please also be advised that the threats of harm in conjunction with the criminal and unlawful interference with Odish's "devices" has escalated significantly, especially from Google.

**19.**  More importantly Odish would respectfully request this Court to consider that the potential opposing parties that comprise subject of this Motion have access to technology that affords them the right to destroy Odish's computers, files, and documents at any time.

**20. THE COGNIZANT TECHNOLOGY EXHIBITS ARE EXTREMELY IMPORTANT AS THEY SHOW CRIMINAL RACKETEERING BY NORTHROP, GOOGLE, AND A HOST OF OTHER DEFENSE CONTRACTORS AND TECH COMPANIES.** Please allow the exhibits submitted in conjunction with this Notice and Declaration to stay on the record for

the very proper purpose of preserving criminal evidence and racketeering by a

significant number of US contractors.

21. *Odish is a three year victim of conspiracy against rights and unlawful interference with protected activities.* Since October 2013, when Odish spoke to Lynn

Mccormack of the DOD and put the conversation and his intention to file a Qui

Tam in a confidential and sealed filing with Judge Olguin in California case.

      a.  Odish immediately became a federal crime victim thereafter

          (conspiracy against rights, unlawful interference with protected

          activities) because his own attorney in that case Robert Rosen and co-

          plaintiff after learning that Odish was talking to the feds brought a

          sealed motion to terminate Odish's rights, after learning he was talking

          to the feds.

22. Odish has known for three years that principal criminal conspirators were "hacking

him" and monitoring his online activities.

## GOOGLE'S CRIMINAL AND ONGOING UNLAWFUL ACTIVITIES AGAINST ODISH.

23. Then on August 22, 2016, Odish learned that he was a victim of the criminal act of

"phishing" by GOOGLE. Odish on that date learned GOOGLE had created a

fraudulent gmail portal account closely associated to Odish's name

("j.odish@gmail.com, an account Odish never created) so that all criminal

conspirators and their attorneys could have unlawful and criminal access to Odish's

principal gmail account, josephodish@gmail.com which Odish had stored nearly 100

gigs of criminal evidence over past three years.

     a.  This is utterly unlawful and criminal and the most egregious

         example of a 4th Amendment violation regarding unlawful search

         and seizure without warrants. (See controlling Supreme Court case

         in 2014 California v Riley, where a unanimous supreme court ruled

         that that 4th amendment now applied to cellphones, laptops,

         electronics, emails).

     b.  See controlling felony statutes making it a crime to fraud to access

         computers, devices and stored communications.

     c.  See Exhibits filed in District Court and Sixth Circuit. *Exhibits 111,*

         *and 16-1651, exhibits to supplement record.*

**24.**  Odish's cellphone has also been repeatedly compromised, along with every other

aspect of his life. See Exhibits above*)

**25.** Odish learned in late August 2016 that google had fraudulently created a gmail

portal in my name j.odish@gmail.com which is a fraudulent portal that directly leads

to my principal email josephodish@gmail.com. This principal email is associated

with Google Drive in which I have stored nearly 100 gigs of criminal evidence for

over 3 years related to my cooperation and status as a whistleblower (DOJ, DOD,

FBI, DOJ). But I have been a federal crime victim for that same period, dating back to October 2013.

26. What Google has done to my emails violates multiple felony statutes and even the FBI DIRECTOR COMEY would need to acquire a search warrant to access my emails. Obviously, Google and principal co-conspirators have no such warrant.

27. But to my utter misfortune, not only am I a federal crime victim, I am literally the world's first artificial intelligence crime victim. My fellow crime victim is the United States government. There is legally a third federal crime victim, my attorney on the 2014 qui tam Dan Hoffiz, but after the unlawful actions against him and myself, he became terrified and I could not pursue 2014 qui tam as a result of obstruction, conspiracy and other detailed crimes that prevented me from pursuing it.

28. As a result of federal crimes entitling myself and US government restitution under Mandatory Victims Restitution Act pursuant to what took place during before, during and after 2014 Qui Tam.

29. And now with the evidence that Google, which acquired a fraudulent AI in 2011, and its fellow principal criminal conspirators had access to attorney-client privileged emails, my emails and phone calls with the DOJ attorneys, the stored criminal evidence which they continue to delete to this day... it is simply shocking. But it does not stop there.

30. Northrop, Google, and others have been using the fraudulently created artificial intelligence against for over 3 years, destroying files, turning off my internet. And on two occasions, running the algorithms to destroy my laptop: once on November 30, 2016 when I learned about all the other major defense contractors, my laptop immediately died. (*See Cognizant Exhibits establishing a criminal racketeering by Northrop, Google and rest.*)

31. Since August late 2016 and the j.odish discovery, Google and rest have just decided upped the ante in threats and intimidation since they were already caught red-handed. On several occasions GOOGLE has sent me explicit hardcore gay pornography to one of my ancillary emails. (*See Exhibits of Google Sending Odish Hardcore Pornography.*)

32. I have received fraudulent phone calls from people posing as agents at ATF and DEA stating that there is a warrant out for my arrest.

## GOOGLE/ALPHABET SENDS ODISH EXPLICIT HARDCORE GAY PORNOGRAPHY AND OBSCENE MESSAGES ON HIS CELLPHONE

33. Google voice mail has left disgusting perverted messages on my phone. On December 28, 2016, I received the following stored google voice message with a robotic AI sounding voice: "yes, we are calling from homosexuallawyers.com, everybody talks about how you are a homo you buttf*****queer".

34. The scope of criminal access with this new technology coupled with the fact they control a number trillion dollar hedge funds is breathtaking: I knew they would always play with my internet access at home which is bundled through brighthouse networks. It was down for two days, I called brighthouse and the technician on east coast states to me: "oh, it seems someone from our side changed your settings and password". (*See Exhibits related to Barbara McQuade.*)

35. Now at the time, Brighthouse is owned by Charter Communications, a company that is listed on both portfolios of Vanguard and Fidelity/FMR, LLC. (these two trillion dollar funds has serious liability because they too were issued fraudulent artificial intelligence patents). I send eric Schmidt of google and the rest, informing them of this fact simply to papertrail it and immediately they start running commercials that Brighthouse Networks is now "Spectrum".

## BRIBERY OF FORMER DOJ NATIONAL SECURITY HEAD ATTORNEY JOHN CARLIN.

36. And most shocking thing of all, and of course I do not say this lightly and it is a reflection of the fact they have no defenses, but on Feb 13, 2017, I learned that John Carlin, former DOJ attorney and National Security Director, had obviously been bribed as a result of my knowledge. I emailed Mr. Carlin twice. The first was on January 19, 2016. The second was on March 6, 2016, which was far more detailed and provided significant exhibits. (See Exhibit___,*)

      a.  This will be supplemented.

**37.** The second email was extensive with extensive exhibits. But before he left the DOJ and jumped to BIG LAW, he wrote a non-binding but deeply disturbing guidance memorandum 'excusing criminal export sanctions'. Just shocking beyond belief.

**38.** On February 13th, 2017, I emailed Mr. Carlin and informed him of these deeply disturbing facts.

**39.** I know far too much and according to the outdated federal criminal victims rights statutes, I respectfully need federal crime victim assistance and protection.

/s/ Joseph Odish

Dated: April 15, 2017

## SWORN DECLARATION SUBMITTED IN SUPPORT OF PENDING MOTIONS FOR FEDERAL CRIME VICTIM STATUS PURSUANT TO 18 USCS § 3771 AND OTHER RELATED MOTIONS

Submitted In Support of Pending Motion 18 USCS § 3771 and related motions

*Submitted under Penalty of Perjury Pursuant TO 28 USCS 1746*

I, JOSEPH ODISH, an attorney in good standing in the State of Michigan and whistleblower under two federal statutes, hereby declare as follows:


1.      This Sworn Declaration from whistleblower and federal crime victim delineates facts of the most comprehensive fraud of this generation as it deals with Odish's direct involvement with an Artificial Intelligence tech startup named Cognitive Code, a subcontractor to Prime Contractor Nothrop Grumman. This Sworn Declaration will read like an Intelligence Briefing because essentially that is what it is – it terrifies me and should terrify every Honorable Recipient that a ravaged citizen victim knows substantially more "Intel" than the entire US Intel community.

2.       While I am not trying to diminish the importance of the Russian Hacking the Election investigation. The information I will provide over next few pages provides answers to the far more serious questions but these answers will enrage you and terrify you. Let me explain how I acquired this original source knowledge, exhibits and rights dating all the way back to Feb 16, 2011 when I incurred a 175k legal obligation to fund, be offered ten equity points in an artificial intelligence startup called Cognitive Code Code, which was a mess but the year before had become and approved vendor and subcontractor to Prime Contractor Northrop Grumman.

4.      It is now my knowledge of this massive fraud that is the principal motive making me the target of criminal and unlawful violations of federal law.

3.      My original knowledge and rights date back to over six years, commencing on Feb 16, 2011 and this has dominated my life and I have a legitimate fear for my safety.  In early March 2011, I incurred a 175k obligation and was offered ten equity pts in a tech startup that had a pending Artificial Intelligence patent which I had an interest in individually and through Cranbrook LLC. I was as a shareholder and board member acquired unique rights attached to my stock: the right to review every contract and dual signature rights with Leslie Spring. The year before in 2010

COGNITIVE CODE CORPORATION had become a SUBCONTRACTOR to PRIME CONTRATOR NOTHROP GRUMMAN.  The Artificial Intelligence source code that was paid for by the DOD and Pentagon in early 2011. In first few weeks of March 2011, I acquired equity rights in Cognitive Code Corporation and the right to acquire additional equity upon issuance of Cognitive Code's artificial intelligence patent, which was pending at the time and there was no guarantee it would be issued. It would eventually be issued as COGNITIVE CODE AI PATENT 8126832, issued on Feb 28, 2012.

6.  A significant part of the fraud and criminal liability of the principals is that they, such as Google, IBM, Morgenthalers, with criminal complicity of Cognitive Code and Northrop Grumman, were issued separate and fraudulent artificial intelligence patents.

      a. But the technology was reverse engineered by admission of Morgenthalers in 2011, so there is no getting it back.

7.  Subsequent to the acquisition of my unique rights, on March 30, 2011, CEO Bush and Northrop Grumman gave a demonstration of new state of the art artificial intelligence technology to three 4-star generals and high-ranking Pentagon officials who were so impressed that they told Bush they absolutely needed that technology and wanted it badly across the board. *Exhibit 4.1, March 30, 2011 email from Leslie Spring to Odish, "northrop GRUMMAN CEO GIVEN A DEMONSTRATION".* This was utterly fraudulent because Wesley Bush did not disclose that what they developed, which could have been finished by any engineers, was based upon stolen technology.

The artificial intelligence software Northrop had developed was fraudulently created and a result of ip theft. They took the flawed COGNITIVE CODE IP that had one advantage over APPLE'S SIRI'S AND IBM'S WATSON, and they improved upon it.  CEO Bush and Northrop Grumman obviously lied to the generals and pentagon officials and did not tell them part of the AI demonstration was based on stolen IP.

## ODISH HAS ORIGINAL KNOWLEDGE THAT EXCEEDS THAT OF UNITED STATES INTELLIGENCE COMMUNITY AND SUCH KNOWLEDGE IS THE REASON NORTHROP, GOOGLE ET AL HAVE BEEN RAVAGING HIS LIFE FOR OVER 3 YEARS.

<u>Compilation of Exhibits for Attorney General and Special Prosecutor.</u>  The compilation of massive exhibits dates back over six years and over 13,000 hours to Feb 16, 2011 (Exhibit 2.4) when I first became involved in an Artificial Intelligence

tech start up named COGNITIVE CODE CORPORATION, a disastrous mess of a startup that was a Subcontractor to Prime Contractor Northrop Grumman and an SBA company. While it was my intention to make this a full briefing, that is simply not feasible.

Odish possess more significant intelligence than what the US government presently knows regarding Russians hacking elections, Chinese and Iranians cyber-attacks.  It must be this knowledge along with certain extremely important documents must be transferred to Congress to take appropriate action.  This is not a statement made out of braggadocio but rather fear and terror. An American citizen should not know this much while the American government is in the dark. As stated, I have over six years and over 13,000 hours into this matter of Artificial Intelligence and first contacted DOD in October 2013 and informed FBI on Jan. 12, 2014.

Odish can state unequivocally that the "Intel" regarding Russians hacking the election and the DNC, while likely accurate... is however utterly incomplete with the most significant and material facts and portions of this 'intel' missing from the intelligence briefings. Some of Odish's intelligence, not all, is provided herein.

**THE FAR MORE IMPORTANT QUESTION IS HOW DID RUSSIANS, CHINESE, IRANIANS ACQUIRE THE TECHNOLOGY TO ENGAGE IN CYBER-ATTACKS. IT WAS A RESULT OF THE ACTIONS OF THE PRINCIPAL CRIMINAL CONSPIRATORS.**

*If the Russians hacked the election and DNC as is now widely accepted, how and from whom did they acquire the technology? And what kind of technology did they acquire? They acquired artificial intelligence source code technology that can be used in every aspect of defense, computing, video games, enterprise, Cellular, drones, cyber-attacks.*

It was from actions of principal criminal conspirators dating back to 2011, as stated below.

In a September 15, 2015 New York Times Article titled "CYBER ATTACKS BY CHINESE AND IRAN CONFOUND WHITE HOUSE AND PRESIDENT OBAMA". During Summer of 2015, I had the knowledge to answer the Honorable President and in late September I did submit my second written FBI Criminal document Director James Comey.

<u>How the Russians, Chinese, Iranians procured our artificial intelligence technology.</u>
I can state with absolute certainty that the Russians, Chinese and Iranians gained access to the technology in late 2011 and early 2012 as a result of the criminal actions of CEO Bush and Northrop Grumman and the Tier 1 criminal conspirators. (See <u>**Exhibits 2001**</u>, Northrop Chinese and Russian subsidiaries set up in year 2011.)

<u>**Russians and Chinese**</u>. The Russians and Chinese acquired the technology from Northrop Grumman and Tier 1 principal criminal conspirators in 2011 (see Exhibits 2001) as Northrop set up offices and subsidiaries in Russia and China.

<u>**Iranians**</u>. Then as IBM, a principal criminal conspirator, was doing business with Chinese entity, ZTE corp that was selling highly sophisticated technology to Iranians in 2011 and 2012 and SEC sent CEO Rometty and IBM a Global Security Risk Letter asking them about this unlawful transactions. (See Exhibit *___, 2012 SEC Letter from Cecilia Blye to IBM CEO ROMETTY).

**WE HAVE AN UTTERLY COMPROMISED US MILITARY AND DOD FROM COGNIZANT EXHIBITS; NORTHROP GRUMMAN AND PRINCIPAL CRIMINAL CONSPIRATORS ARE ESSENTIALLY ENGAGED IN A RACKETEERING AND ONGOING CRIMINAL ENTERPRISE (See Cognizant Exhibits)**

As a result of this massive fraud we have an entirely compromised military and DOD. The Russians, Chinese and Iranians have access to our military artificial intelligence source code and therefore over past five years have developed the same "AI" technology in drones, missiles, computing, enterprise, mobile, cellular, which not only allow them to conduct cyber-attacks, etc. but they have developed artificial intelligence drones and killing machines on par with our military because it is our technology. (<u>*Numerous Exhibits in Support*</u>).

<u>**Specter of Espionage**</u>. Indeed, this means that principals tier 1 conspirators are not only absolutely guilty of a multiplicity of title 18 felonies, including conspiracy to defraud US govt (18 USCS § 371) but the specter of espionage is also legitimate, especially in light of the fraudulent OPEN POWER PROGRAM, discussed below.

This Sworn Declaration will be sent to **FBI DIRECTOR COMEY** and constitutes the 3rd FBI Report sent to **FBI Director James Comey and Detroit Office**. I became a whistleblower in late 2013, contacting **DOD** and filing SEC TCR complaint. And unfortunately at that exact time I also became a federal crime victim (conspiracy against rights, unlawful interference with lawful protected activities.

## THE TIER ONE PRINCIPAL CONSPIRATORS

As a preface, let me state the Tier 1 Principal Conspirators, are materially differentiated from other Tiers. The **Tier 1 Principal Criminal Conspirators are the following**: Wesley Bush, CEO and Northrop Grumman (NOC), billionaire venture capitalist Gary Morgenthaler (and family members and related Morgenthaler entities), IBM and CEO ROMETTY, NUANCE, INC. and its Ceo Paul Ricci and CFO, Thomas Beaudoin, COGNITIVE CODE CORPORATION, subcontractor to Prime Contractor Northrop Grumman, Leslie Spring, Mimi Chen, John Chen, Sal Difazio, Howard Fredman, Robert Rosen, John Bourbeau, GOOGLE and ALPHABET, Ceo Eric Schmidt.

*Through Odish's knowledge acquired over past years and the exhibits related to COGNIZANT TECHNOLOGY SOLUTIONS, the following entities have some legitimate measure of liability in this matter. The following is only a partial list as documented in Odish's Cognizant Exhibits (SEE COGNIZANT EXHIBITS):*

RAYTHEON, BOEING, BAE SYSTEMS, HUNTINGTON INGALLS, LOCKHEED MARTIN, COGNIZANT TECHNOLOGY SOLUTIONS, ORACLE, VANGUARD (3 TRILLION DOLLAR ENTITY), FMR, LLC (Two Trillion dollar entity), STATE STREET CORPORATION, ATT, INTEL, SONY, SAMSUNG, SALESFORCE, AMAZON, MICROSOFT, SONY, HTC, TWEDDLE GROUP, LLC, HEWLETT PACKARD, HUAWEI, ONSTAR, GENERAL MOTORS, FORD, CHRYSLER, CISCO, FACEBOOK, ZTE, SAS, BAE SYSTEMS, QUALCOMM, VERIZON, COMCAST, Tweddle Group, SAP, and significant number of other tech companies AND GLOBAL LAW FIRMS.

**AS A RESULT OF ODISH'S KNOWLEDGE AND PUBLIC FILINGS SUCH AS THE QUI TAM IN FEBRUARY 2014, THIS CAUSED PRINCIPAL CRIMINAL CONSPIRATORS TO ENGAGE IN FRAUDULENT COVER UP ACTIVITIES, SUCH AS**

**THE FRAUDULENT OPEN POWER PROGRAM BY IBM & GOOGLE IN 2015. *SEE EXHIBITS.***

Indeed, this means that principals tier 1 conspirators are not only absolutely guilty of a multiplicity of title 18 felonies, including conspiracy to defraud US govt (18 USCS § 371) but the specter of espionage is also legitimate, especially in light of the fraudulent OPEN POWER PROGRAM, discussed below.

## PRINCIPLE CRIMINAL CONSPIRATORS HAVE RAVAGED ODISH'S LIFE FOR 3 YEARS AND HE IS A FEDERAL CRIME VICTIM ENTITLED TO RESTITUTION FROM THE 2014 QUI TAM.

The Principal Tier 1 Criminal Conspirators have ravaged my life for over the past three years. It is continuing and escalating as I know everything. I know that the Principal criminal conspirators will continue to ravage my life until they are indicted.

## SERIOUS NATIONAL SECURITY INTERESTS: PRINCIPAL CRIMINAL CONSPIRATORS HAVE CREATED A NEW FORM OF MAJOR DOMESTIC TERRORIST THREATS, WHICH ODISH CAN DESCRIBE UNDER SEAL AND THEY ARE ABSOLUTELY AWARE.

The Principal Criminal Conspirators have compromised national security for an dentire generation and  Congress must take action with respect to the following matters:

### [Intentionally Redacted by Declarant; to be submitted under manual seal]

## HEALTHCARE FRAUD AND REFORM CANNOT TAKE PLACE

Healthcare Reform and Repeal of Affordable Care Act CANNOT TAKE PLACE until this fraud is dealt with because the same fraud that infects our military, the private sector also infects our entire healthcare system. Northrop Grumman and all other defense and tech titans are all now "healthcare providers". (See Exhibit ___*, Northrop Grumman provides Healthcare to state of Tennessee. )

Privatizing Healthcare at this point would be criminal negligence, given that healthcare system is already infected with fraud by this matter.

## WHITE HOUSE REQUEST FOR INFORMATION ON ARTIFICIAL INTELLIGENCE – SUMMER 2016 AND RELEASE OF PUBLIC RESPONSES ON SEPTEMBER 1, 2016

President Obama was a victim of fraud on two separate occasions. The first was the the fraudulent OPEN POWER PROGRAM, led by IBM and Google – as a result of Odish's actions -  which was a cover up to give principal American criminal conspirators an excuse as to how the Chinese got the AI source code.

The second time there was fraud upon President Obama and Office of Science nd technology was this past summer when the White House asked for Requests For Information on Artificial Intelligence.

When the White House released public responses on Sept 1, 2016 Northrop Grumman of course did NOT respond at all. IBM, BOEING, Google and a vast majority of the responses were utterly fraudulent and constitute felonies under title 18 USCS § 1001.

It does terrify me that I know more about these matters than the United States government. I felt it very important for personal safety reasons and prevention of further fraud to put these matters on the record.

This Sworn Declaration was executed on April 15, 2017, in Farmington Hills, Michigan by Declarant.

/s/ Joseph Odish